# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 — REV. 1/90

IN UNITED STATES: ☑ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. HERNAL

FOR: **FILED JUL X 1 2008** — MAGISTRATE JUDGE JEFFREY COLE, UNITED STATES DISTRICT COURT
AT: 7-1-08

PERSON REPRESENTED (Show your full name): **EDGARDO HERNAL**

- 2 ☐ Defendant—Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

CHARGE/OFFENSE: **18 USC 1341 et al.** ☑ Felony ☐ Misdemeanor

LOCATION NUMBER: 

DOCKET NUMBERS:
- Magistrate: 
- District Court: **08 CR 453-19**
- Court of Appeals: 

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: **ROSNER HOME HEALTH**
- IF YES, how much do you earn per month? $ **3025.00 NET**
- IF NO, give month and year of last employment / How much did you earn per month $
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month $ **1020.00 NET**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ **1288.00** — SOURCE: **RENTAL PROPERTY**

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No — IF YES, state total amount $ **300.00**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT:
  - $ 8175.00 — 2003 NISSAN ALTIMA
  - $ 7355.00 — 2005 HONDA CIVIC
  - $ 250,000.00 — HOME
  - $ 60,000.00 — RENTAL

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: CHASE MORTGAGE | 187,468.39 | 1,548.80 |
| CHASE HOME EQUITY | 51,888.67 | 400.00 |
| STUDENT LOANS DIRECT LOAN | 53,100.00 | 341.83 |
| HOUSEHOLD BANK CREDIT CARD | 450.00 | 100.00 |
| HOUSEHOLD BANK CREDIT CARD | 500.00 | 150.00 |
| WASHINGTON MUTUAL CREDIT CARD | 1500.00 | 300.00 |
| CAPITAL ONE CREDIT CARD | 150.00 | 50.00 |
| UTILITIES NICOR, COMED, ATT, VLG. WESTCHESTER | | 450.00 |
| RENTAL PROPERTY EXPENSES | About: 900.00 | |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): **Edgardo Hernal** — 7-1-08

**WARNING**: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.